UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
TRUSTEES OF THE NEW YORK CITY DISTRICT             :
COUNCIL OF CARPENTERS PENSION FUND,                :
WELFARE FUND, ANNUITY FUND, AND                    :        21-CV-2249 (JMF)
APPRENTICESHIP, JOURNEYMAN RETRAINING,             :
EDUCATIOAL AND INDUSTRY FUND, et al.,              :        ORDER
                                                                  :
                              Petitioners,                        :
                                                                  :
              and                                                 :
                                                                  :
                                                                  :
4343 CORP.,                                                       :
                                                                  :
                              Respondent.                         :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On March 15, 2021, Petitioners filed a petition to confirm an arbitration award.

Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary

judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly,

it is hereby ORDERED that Petitioners shall file and serve any additional materials with which

they intend to support their petition to confirm by **March 30, 2021**.  Respondent's opposition, if

any, is due on **April 13, 2021**.  Petitioners' reply, if any, is due **April 20, 2021**.

        Petitioners shall serve the petition and all supporting papers, as well as this Order, upon

Respondent electronically and by overnight mail no later than **March 30, 2021**, and shall file an

affidavit of such service with the court no later than **March 31, 2021**.

        SO ORDERED.

Dated: March 16, 2021                    _____
       New York, New York                         JESSE M. FURMAN
                                                 United States District Judge