UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS, <br><br> Petitioners, <br><br> -against- <br><br> 4343 CORP., <br><br> Respondent. | 21 CV 2249 (JMF) <br><br> **JUDGMENT** |

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the underlying arbitration award is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Awarding Petitioners $128,354.75 pursuant to the January 8, 2021 arbitration award (the "Award");

2. Awarding Petitioners $75 in costs arising out of the proceeding;

3. Awarding Petitioners $665 in attorneys' fees arising out of the proceeding; ~~and~~

4. Awarding Petitioners post-judgment interest at the statutory rate~~.~~; and

5. Awarding Petitioners interest at an annual rate of 5.25% from the date of the Award through the date of this Judgment pursuant to the Award.

Dated: New York, New York
    April 23, 2021

By: _____
U.S.D.J.  Hon. Jesse M. Furman

The Clerk of Court is directed to close this case.  SO ORDERED.